O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILIP GALL, | CASE NO. ED CV 12-01019 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: April 8, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE